UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.129.5.191,<br><br>    Defendant. | Civil Action No. 2:19-cv-03039-WFK-CLP |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 68.129.5.191. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 28, 2019    Respectfully submitted,

            By: /s/ *Jacqueline M. James*
               Jacqueline M. James, Esq. (#1845)
               The James Law Firm, PLLC
               445 Hamilton Avenue, Suite 1102
               White Plains, New York 10601
               T: 914-358-6423
               F: 914-358-6424
               E-mail: jjames@jacquelinejameslaw.com
               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.