UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 30 2019 ★
BROOKLYN OFFICE

| STRIKE 3 HOLDINGS, LLC, | |
|---|---|
| Plaintiff, | |
| v. | |
| JOHN DOE subscriber assigned IP address 68.129.5.191, | |
| Defendant. | |

Civil Action No. 2:19-cv-03039-WFK-CLP

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 68.129.5.191. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 28, 2019

Respectfully submitted,

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (#1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

The application is ___ granted. ✓ denied.
SO ORDERED

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: October 29, 2019
Brooklyn, New York

1